File No. 1694-11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF: | Chapter 13 |
| Michael Jay Sparrowgrove<br>Lisa Alice Sparrowgrove,<br><br>Debtors. | Case No. 06-00003<br><br>Honorable Judge Goldgar |

**<u>RESPONSE TO NOTICE OF CURE OF ALL PRE-PETITION
MORTGAGE OBLIGATION</u>**

Now comes, Litton Loan Servicing, LP and files this Response to the Trustee's Notice of Final Mortgage Cure Amount and in support states as follows:

1. That on September 28, 2009, Chapter 13 Trustee Glenn B. Stearns filed a Notice of Payment of Final Mortgage Cure Amount. The Notice was subsequently served on Litton and indicated that if the creditor is not post petition current, it must file a response within sixty days of said Notice. This response is being filed within that time frame. In the interim, the Debtors received a discharge.

2. The Debtors are not current on their post-petition mortgage payments on Litton's first lien regarding the real estate located at: 25172 Carson Drive, Lake Villa, Illinois ("Real Estate").

3. That since there is a post petition default the mortgage should not be considered fully reinstated.

4. The loan is post petition for escrow advances. The following is due and owing:

   i. Post-petition mortgage payments from May 2009 through November 2009;

       A) May 2009 through July 2009 monthly payments of $1,207.21 for a total of $3,621.63;

     B) August 2009 through November 2009 monthly payments of $1,098.89 for a total of $4,395.50; and,

     C) Less than $196.18 in suspense.

The total post petition default totals $7,821.01. Based upon Debtors' default, the mortgagee is not required to treat the mortgage reinstated and fully current. The creditor reserves the right to amend this response.

        Respectfully submitted,

         /s/ Mitchell A. Lieberman
        Attorney for Litton Loan Servicing, LP
        Noonan & Lieberman, Ltd.
        105 W. Adams, Suite 3000
        Chicago, Illinois 60603
        (312) 431-1455